## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**THE SATER GROUP, INC., et al.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:06-cv-1814-T-30EAJ**

**JACK BARTLETT CUSTOM HOMES**
**CREATIONS, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants Jack Bartlett Custom Homes Creations, Inc., J. Bartlett, Inc., and Jack Bartlett's Motion to Drop Improper Party and Supporting Memorandum of Law (Dkt. #24), and Plaintiffs' Response to Defendant Jack Bartlett Custom Home Creations, Inc. d/b/a Bartlett Custom Homes Motion to Drop Improper Party (Dkt. #19).  The Court, having considered the motion, response, memoranda, affidavit, exhibits, and being otherwise advised in the premises, finds that Defendant's motion presents matters outside of the Plaintiffs' Amended Complaint (Dkt. #5). Accordingly, Defendant's motion to drop Jack Bartlett Custom Homes Creations, Inc. as an improper party shall be treated as one for summary judgment and disposed of as provided in Rule 56.  All parties will be given a reasonable opportunity to present all material made pertinent to such motion by Rule 56.

The parties shall have ninety (90) days from the date of the entry of this Order to conduct discovery as to the issue of whether Jack Bartlett Custom Homes Creations, Inc. is a proper party in this case. The parties shall have one hundred (100) days from the date of the entry of this Order to file supplemental affidavits, depositions, exhibits, and other relevant materials, if any, pertinent to the issue of whether Jack Bartlett Custom Homes Creations, Inc. is a proper party in this case.

If during the ninety day discovery process Plaintiffs determine that Jack Bartlett Custom Homes Creations, Inc. is not a proper party to this action, then Plaintiffs may file a Notice of Voluntary Dismissal without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure as to Jack Bartlett Custom Homes Creations, Inc. If Plaintiffs do not file a Notice of Voluntary Dismissal as to Jack Bartlett Custom Homes Creations, Inc. within the designated time period, then this Court shall consider the evidence submitted by the parties and make a determination as to whether Jack Bartlett Custom Homes Creations, Inc. is a proper party in this case. If after considering the evidence, this Court concludes that Jack Bartlett Custom Homes Creations, Inc. is clearly not a proper party in this case, then at this Court's discretion Plaintiffs may be subject to sanctions, attorneys fees and costs pursuant to Rule 54(d) and/or Rule 11 of the Federal Rules of Civil Procedure.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants Jack Bartlett Custom Homes Creations, Inc., J. Bartlett, Inc., and Jack Bartlett's Motion to Drop Improper Party and Supporting Memorandum

> of Law (Dkt. #24) shall be treated as one for summary judgment and disposed of as provided in Rule 56.
>
> 2. The parties shall have ninety (90) days from the date of the entry of this Order to conduct discovery as to the issue of whether Jack Bartlett Custom Homes Creations, Inc. is a proper party in this case.
>
> 3. The parties shall have one hundred (100) days from the date of the entry of this Order to file supplemental affidavits, depositions, exhibits, and other relevant materials, if any, pertinent to the issue of whether Jack Bartlett Custom Homes Creations, Inc. is a proper party in this case.
>
> **DONE** and **ORDERED** in Tampa, Florida on November 29, 2006.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-1814.mt drop construe msj 24.wpd